Sheila FERGUSON, Petitioner

v.

Derrick MORTON and Philadelphia Cycle Center, Respondents

No. 219 EAL 2016

Supreme Court of Pennsylvania.

December 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.